**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6323**

DECOTA BROWN,

                Plaintiff - Appellant,

    v.

OCONEE COUNTY SHERIFF'S OFFICE; BARRY L. OWENS; DAVID
MCMAHAN,

                Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Anderson. Donald C. Coggins, Jr., District Judge. (8:20-cv-03282-DCC)

Submitted: August 24, 2021                Decided: August 27, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David Allen Chaney Jr., SOUTH CAROLINA JUSTICE PROJECT, Greenville, South
Carolina, for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Decota Brown appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. §§ 1915(e), 1915A.[*] The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended dismissing the complaint and advised Brown that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Brown has waived appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed Brown's action without prejudice, the dismissal order is a final, appealable order. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 612 (4th Cir. 2020), *cert. denied*, 141 S. Ct. 1376 (2021).